Anna L. Sears, appellee, v. Alex. Schwartz, appellant. Gen. No. 25,032.

Action to recover rent. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hugh J. Kearns, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed October 27, 1919.

Louis I. Gottlieb, for appellant. Fred J. Crowley, for appellee; J. K. McMahon, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Guaranty Securities Company, appellee, v. E. Mushina, appellant. Gen. No. 25,055.

Action to recover on promissory note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Leo J. Doyle, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed October 27, 1919.

H. Clay Calhoun, for appellant. George E. Greer, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Yellow Cab Company, appellee, v. Michael Abramoff and Harry L. Abramoff, trading as Abramoff Brothers, appellants.

In the matter of the contempt of Michael Abramoff and Harry L. Abramoff.

Contempt proceedings for violation of injunction. Judgment of guilty. Appeal from the Circuit Court of Cook county; the Hon. Frederick A. Smith, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed October 27, 1919.

Otto Schusterman and Sumner C. Palmer, for appellants. D'Ancona & Pflaum, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Continental & Commercial National Bank of Chicago, appellee, v. Oscar F. Brady and Thomas S. Brady, appellants. Gen. No. 25,073.

Action to recover on promissory notes. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed October 27, 1919.

Litsinger, Healy & Reid, for appellants. Mayer, Meyer, Austrian & Platt, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Oscar W. Lundell, trading as Lundell Brothers, appellee, v. Chicago Arena Company, appellant. Gen. No. 25,104.

Action to recover for goods sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed October 27, 1919.

Adams, Childs, Bobb & Wescott, for appellant. S. M. Schall, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.